UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62255-CIV-ROSENBAUM

EDWARD J. WINTER, JR.,

      Plaintiff,

v.

MEPCO FINANCE CORP., *et al.*,
_____/

### ORDER DENYING PLAINTIFF'S VERIFIED MOTION TO STAY

This matter is before the Court on Plaintiff Edward J. Winter, Jr.'s Verified Motion to Stay [D.E. 35]. In his Verified Motion, Plaintiff apparently seeks a stay of this case while he addresses certain medical issues. Presently, the only other pending motion is Defendants Mepco Finance Corporation and Mepco Insurance Premium Financing, Inc.'s Motion to Dismiss [D.E. 23] to which Plaintiff's response is due on July 27, 2012. While the Court is inclined to grant a reasonable extension of time for Plaintiff to respond to Defendants' Motion to Dismiss, Plaintiff has not requested such an extension of time but instead has asked that the Court stay the litigation for an indefinite period.

This the Court is not willing to do. Defendants have a right to have this litigation resolved in a reasonable time frame and not have the case hanging over their heads indefinitely. If Plaintiff is not physically capable of pursuing this litigation at this time, he may hire counsel to represent him or seek to dismiss the action without prejudice to be refiled at a later time when he is physically able

to proceed.[1]  Alternatively, he may request a reasonable extension of time within which to file his response to Defendants' pending Motion to Dismiss.  For these reasons, the Court respectfully **DENIES** Plaintiff's Verified Motion for Stay [D.E. 35].

**DONE and ORDERED** at Fort Lauderdale, Florida, this 24th day of July 2012.

 _____
 ROBIN S. ROSENBAUM
 UNITED STATES DISTRICT JUDGE

copies:   Counsel of Record

 Edward J. Winter, Jr., *pro se* (by certified mail)
 P.O. Box 010847
 Flagler Station
 Miami, Florida 33101

---

[1] Any such notice would be subject to the requirements of Rule 41, Fed. R. Civ. P., and any refiling would be subject to any applicable statutes of limitation.